**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALICE YOUNG,**

    **Plaintiff,**

**v.**                                                                                 Case No: 8:16-cv-1502-T-35MAP

**BARCLAYS BANK DELAWARE,**

    **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice (Dkt. 11), and pursuant to Federal Rule of Civil Procedure 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of April, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party